O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV07-4973-AHM (FFMx) | Date | June 23, 2008 |
|---|---|---|---|
| Title | THOMAS O. SPICER v. CITY OF SIMI VALLEY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas O. Spicer, *pro se* | No Appearance |

**Proceedings:**      DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [25]

Cause called; appearances made.  No appearance by defense counsel.

Court circulates tentative order and hears oral argument.  For reasons and findings stated on the record, the Court grants defendant's motion for summary judgment.  If not already done, defendant must promptly submit a proposed judgment consistent with this Court's ruling.

|  | : | 23 |
|---|---|---|
| Initials of Preparer | | SMO |