JS-6



1  **Martin R. Berman, Esq.** (SBN 125325)
2  Law Offices of
   JAMES AARON PFLASTER
3  A Professional Corporation
   ATTORNEY AT LAW
4  11835 WEST OLYMPIC
   BOULEVARD SUITE 1235 EAST
5  LOS ANGELES, CALIFORNIA 90064
   310/445-3581   Fax - 310/445-3574
6
7  **David H. Hirsch, Esq.** City Attorney
   (SBN 76786)
8  **Mitchell E. Green, Esq.** Asst City
   Attorney (SBN 158936)
   CITY ATTORNEY'S OFFICE
9  CITY OF SIMI VALLEY
   2929 TAPO CANYON ROAD
10 SIMI VALLEY, CALIFORNIA 93063
   805/583-6714 Fax - 805/526-2489
11
   Attorneys for Defendant CITY OF
12 SIMI VALLEY
13
14            UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
16

17  THOMAS O. SPICER,                ) CASE NO. CV 07-4973 AHM (FFMx)
18                                   )
                Plaintiff,            ) (~~PROPOSED~~) JUDGMENT
19                                   )
        vs.                          )
20                                   )
    CITY OF SIMI VALLEY,             )
21                                   )
                Defendant.            )
22                                   )
                                     )
23  ─────────────────────────────────

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:
25       On June 23, 2008  Defendant's CITY OF SIMI VALLEY's Motion for
26  Summary came on regularly for hearing before the Honorable A. Howard Matz, Judge
27  Presiding, THOMAS O. SPICER appeared in *pro per*. Martin R. Berman appeared
28  on behalf of Defendant CITY OF SIMI VALLEY. After argument and submission of

the matter, the Court finds that there is no triable issue of material fact to support Plaintiff's claim of disability discrimination in violation of Title II of the ADA, 42 *U.S.C.* Section 12132. The Court further finds that entry of summary judgment as against Plaintiff THOMAS O. SPICER pursuant to *Federal Rule of Civil Procedure*, Rule 56 and in favor of Defendant CITY OF SIMI VALLEY is granted.

## ORDER

IT IS HEREBY ORDERED that judgment be entered pursuant to the findings of this Court as follows:

1. Judgment is entered against Plaintiff THOMAS O. SPICER and is entered in favor of Defendant CITY OF SIMI VALLEY;
2. Costs are awarded to Defendant CITY OF SIMI VALLEY.

DATED: July 3, 2008

_____
HON. A. HOWARD MATZ